| PROB 22 (Rev. 04/24) | | DOCKET NUMBER *(Tran. Court)* 0971 3:23CR00063 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:24-cr-00235-GMN-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Soyvaree Kaewdee | Northern District of California | San Francisco |
| | NAME OF SENTENCING JUDGE | |
| | Jacqueline Scott Corley, United Stated District Judge | |
| Las Vegas, Nevada | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/13/24 — TO 03/12/27 |

*Filed stamp: OCT 15 2024, CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA, BY: AMMi DEPUTY*

**OFFENSE**
18 U.S.C. § 1349  Conspiracy to Commit Mail Fraud

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Kaewdee appears to have adjusted well to supervision and has been free of any violations of supervision thus far. In order to address any violation conduct efficiently and expeditiously, and with the intent of Kaewdee to remain in the District of Nevada for the duration of her supervision, transfer of jurisdiction is requested.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __California__

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Nevada__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 8, 2024
*Date*

/s/ Jacqueline Scott Corley
*United States District Judge*
Hon. Jacqueline Scott Corley

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __Nevada__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 16, 2024
*Effective Date*

/s/
*United States District Judge*

Prepared by: JB